FORM 1

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-12683 | | **Trustee Name:** | Nicole Testa Mehdipour, Trustee |
| **Case Name:** | ALMARSE, LLC | | **Date Filed (f) or Converted (c):** | 03/06/2017 (f) |
| **For the Period Ending:** | 03/31/2022 | | **§341(a) Meeting Date:** | 04/10/2017 |
| | | | **Claims Bar Date:** | 07/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank of America 7822 | $4,271.32 | $4,271.32 | | $4,271.32 | FA |
| 2 | Bank of America Savings | $77.79 | $77.79 | | $77.79 | FA |
| 3 | Wells Fargo | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Balance (-11.99)

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Security Deposit with Pimo Capital | $3,397.47 | $0.00 | | $0.00 | FA |
| 5 | Security Deposit - Catherine Estes | $1,300.00 | $0.00 | | $0.00 | FA |
| 6 | Accounts Receivables | $496,870.80 | $0.00 | | $0.00 | FA |
| 7 | Office Supplies | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Office Furniture | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 9 | Office Equipment | $5,300.00 | $0.00 | OA | $0.00 | FA |
| 10 | 2014 GMC Sierra and Custom Trailer | $15,330.00 | $0.00 | OA | $0.00 | FA |
| 11 | Other Machinery and Equipment | $15,100.00 | $0.00 | OA | $0.00 | FA |
| 12 | Internet Domain Website | $100.00 | $0.00 | | $0.00 | FA |
| 13 | Adversary case 19-01056. against 7A Capital, LLC. (u) | $0.00 | $40,000.00 | | $0.00 | $40,000.00 |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $543,447.38 | $44,349.11 | | $4,349.11 | $40,000.00 |

**Major Activities affecting case closing:**

03/18/2022    The primary asset of the estate was an avoidance claim against 7A Capital, which was pursued in adversary proceeding 19-01056-MAM. A Final Judgment was obtained against 7A Capital on behalf of the Trustee on May 15, 2019, in the amount of $2,066,880. Since that time, counsel has been performing research to identify assets that could potentially be recovered to satisfy this judgment. A deposition in aid of execution was conducted in January 2022, which did not identify recoverable assets. However, communications with counsel for the judgement debtor suggest that there may be certain choses of action that could be assigned that could provide a return to the estate. For this reason, counsel recommends that the case remain open to continue this research until the next reporting period.
Claims are being reviewed.
Extension filed for tax returns.

03/17/2021    Trustee and counsel continue performing researches to identify assets that could potentially be recovered to satisfy this judgment.

06/30/2020    A Judgment was obtained against the recipient of a fraudulent transfer (a Florida limited liability company) in May 2019. The amount of the judgment exceeds $2 Million and, as a consequence, the Trustee has directed her professionals to perform asset searches of the judgment debtor and its principals; these searches suggest that the judgment debtor has ongoing operations. The Trustee's professionals are therefore preparing discovery in aid of execution.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-12683 | | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|---|
| Case Name: | ALMARSE, LLC | | | Date Filed (f) or Converted (c): | 03/06/2017 (f) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | 04/10/2017 |
| | | | | Claims Bar Date: | 07/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/05/2019 | Trustee filed an Adversary case, case no. 19-01056 against 7A Capital to recover transfers. |
| | Claims are being reviewed. |
| | Tax returns current. |
| 02/25/2019 | Tax returns current. |
| 10/10/2018 | Claims reviewed/objections pending. |
| 03/30/2018 | Trustee's counsel conducted rule 2004 exam of debtor's former principal, and continuing investigation into debtor's potential assets. Trustee hired special litigation counsel to further investigate and pursue potential litigation claims belonging to estate. Trustee looking into potential collection of accounts receivable. Trustee inquiring about tax preparation. |
| 01/01/2018 | Claims bar date is 07/10/17. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2019 | Current Projected Date Of Final Report (TFR): | 12/31/2022 | /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE |
|---|---|---|---|---|
| | | | | NICOLE TESTA MEHDIPOUR, TRUSTEE |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 17-12683 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | ALMARSE, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9067 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2017 | | Bank of America | Turnover of Funds/Close out of Accounts | * | $4,349.11 | | $4,349.11 |
| | {1} | | Turnover of Funds/Close out of Accounts $4,271.32 | 1129-000 | | | $4,349.11 |
| | {2} | | Turnover of Funds/Close out of Accounts $77.79 | 1129-000 | | | $4,349.11 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.67 | $4,348.44 |
| 07/25/2017 | 3001 | Document Management Systems DMS | Per Order Granting Motion to Pay Administrative Expense dated 06/02/17; ECF #22. Invoice #1441 | 2990-000 | | $169.25 | $4,179.19 |
| 07/25/2017 | 3002 | Document Management Systems DMS | Per Order Granting Motion to Pay Administrative Expense/Storage Fees dated 06/02/17; ECF #22. Invoice #1442, 1446, 1452, 1461, 1468 and 1477. March - August | 2410-000 | | $870.00 | $3,309.19 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.56 | $3,302.63 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.32 | $3,297.31 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.32 | $3,291.99 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.14 | $3,286.85 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.13 | $3,281.72 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.29 | $3,276.43 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $5.28 | $3,271.15 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $4.76 | $3,266.39 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $5.44 | $3,260.95 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $4.92 | $3,256.03 |
| 05/01/2018 | 3003 | Document Management Systems DMS | Per Order Granting Motion to Pay Administrative Expense/Storage Fees dated 06/02/17; ECF #22. Inovice #1487, 1495, 1504, 1514, 1525, 1540, 1560, 1571 and 1585. September through May. | 2410-000 | | $1,305.00 | $1,951.03 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3.62 | $1,947.41 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3.14 | $1,944.27 |
| | | | | **SUBTOTALS** | **$4,349.11** | **$2,404.84** | |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 17-12683 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | ALMARSE, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9067 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $1,941.24 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3.43 | $1,937.81 |
| 09/04/2018 | 3004 | Document Management Systems DMS | Per Order Granting Second Motion to Pay Administrative Expense dated 06/19/18; ECF #61. Invoices 1600, 1603, 1617 and 1621. June through September. | 2410-000 | | $580.00 | $1,357.81 |
| 10/25/2018 | 3005 | Document Management Systems DMS | VOIDED/CHECK DID NOT PRINT WITH MICR

Per Order Granting Second Motion to Pay Administrative Expense dated 06/19/18; ECF #61. Invoices 1632 and 1637. (October and November) | 2410-003 | | $290.00 | $1,067.81 |
| 10/30/2018 | 3005 | VOID: Document Management Systems DMS | Check Voided | 2410-003 | | ($290.00) | $1,357.81 |
| 10/30/2018 | 3006 | Document Management Systems DMS | Per Order Granting Second Motion to Pay Administrative Expense dated 06/19/18; ECF #61. Invoices 1632 and 1637. (October and November) | 2410-000 | | $290.00 | $1,067.81 |
| 12/11/2018 | 3007 | Document Management Systems DMS | Per Order Granting Second Motion to Pay Administrative Expense dated 06/19/18; ECF #61. Invoice #1656. (December) | 2410-000 | | $145.00 | $922.81 |
| 01/08/2019 | 3008 | Document Management Systems DMS | Per Order Granting Second Motion to Pay Administrative Expense dated 06/19/18; ECF #61. Invoice #1670. (January) | 2410-000 | | $145.00 | $777.81 |
| 03/28/2019 | 3009 | Document Management Systems DMS | Per Order Granting Second Motion to Pay Administrative Expense dated 06/19/18; ECF #61. February and March; Invoices 1681 and 1691. | 2410-000 | | $290.00 | $487.81 |
| 07/23/2019 | 3010 | Document Management Systems DMS | Per Order Granting Second Motion to Pay Administrative Expense dated 06/19/18; ECF #61. Invoice #1700, 1709 and 1717. | 2410-000 | | $435.00 | $52.81 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $52.73 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.07 | $52.66 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $52.58 |
| | | | **SUBTOTALS** | | $0.00 | $1,891.69 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 17-12683 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | ALMARSE, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9067 | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $52.50 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.07 | $52.43 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $52.35 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $52.27 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.07 | $52.20 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $52.12 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $52.04 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $51.96 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $51.88 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $51.80 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $51.72 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $51.64 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $51.56 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.07 | $51.49 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.08 | $51.41 |

**SUBTOTALS** $0.00 $1.17

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 17-12683 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | ALMARSE, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9067 | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | TOTALS: | $4,349.11 | $4,297.70 | $51.41 |
| | | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | | Subtotal | $4,349.11 | $4,297.70 | |
| | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | Net | $4,349.11 | $4,297.70 | |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2017 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $4,349.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,349.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,297.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,297.70 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | |  | | |
|---|---|---|---|---|
| Case No. | 17-12683 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
| Case Name: | ALMARSE, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9067 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,349.11 | $4,297.70 | $51.41 |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 06/29/2017 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $4,349.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $4,349.11 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.94 | Total Compensable Disbursements: | $4,297.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.94 | Total Comp/Non Comp Disbursements: | $4,297.70 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUST

NICOLE TESTA MEHDIPOUR, TRUSTEE